

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00370-CV

TFHSP SERIES LLC SERIES D2                                    APPELLANT

V.

CITIBANK N.A., AS TRUSTEE FOR                                    APPELLEE
WAMU SERIES 2007-HE4 TRUST

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 14-00199-431

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered Appellant's unopposed "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). We tax costs against Appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  November 23, 2016